*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James E. McDaniels, Jr.
    Debtor(s)

Case No: 17−11508−elf

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

why this case should not be dismissed for Failure to Pay Final Installment in the amount of $85.00

will be held before the Honorable Eric L. Frank, United States Bankruptcy Court

on: 8/15/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 7, 2017

35
Form 175