**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

James E. McDaniels, Jr.

Debtor(s).

13

Bky No. 17-11508 - elf

**CERTIFICATE OF SERVICE**

    I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Attorney's Notice of: Application of Debtor's Counsel for Compensation and Reimbursement   electronically and/or first class mail and/or facsimile on August 7th, 2017.

James E. McDaniels, Jr.
2770 Turner Ave
Abington, PA 19001

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Master Mailing Matrix

Dated:   August 7, 2017                                             /s/Brandon Perloff
                                                                                                    Brandon Perloff
                                                                                                    Kwartler Manus, LLC
                                                                                                    1429 Walnut Street
                                                                                                    Suite 701
                                                                                                    Philadelphia, PA 19102

                                                                                                    Telephone: (267) 457-5570
                                                                                                    Attorney(s) for Debtor(s)