**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE    JAMES E. MCDANIELS

: CHAPTER 13
:
:
:  BANKRUPTCY NO 17-11508 ELF

Debtor (s)

**PRA E C I P E**

Kindly withdraw TRUSTEE'S FINAL REPORT Docket entry #48

Respectfully submitted,

Date : September 13, 2018

/s/William C. Miller, Esquire

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19105-229